UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UHR REAL ESTATE, INC. | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-11 |
| | § | |
| ALLIED WORLD SURPLUS LINES | § | |
| INSURANCE COMPANY | § | |

**DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW UHR REAL ESTATE, INC. (hereafter "Plaintiff" or "UHR") and timely files Plaintiff's Disclosure of Interested Parties in the above-captioned case and, in support thereof, would respectfully show unto the Court as follows:

1. Counsel for Plaintiff hereby files, within fifteen (15) days of the receipt of the Order for Conference and Disclosure of Interested Parties made by this Court on January 21, 2022, this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

2. Said interested parties are:

   a. Plaintiff, Uhr Real Estate, Inc. - a closely held Texas corporation headquartered in Rockport, Texas.

   b. Mark Uhr - an individual residing in Rockport, Texas, and owner of 100% of the shares of Uhr Real Estate, Inc.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
13423 Blanco Road, #352
San Antonio, Texas 78216
Telephone: (210) 349-0511

By:    /s/ *RON A. SPRAGUE*
       RON A. SPRAGUE
       Texas State Bar No. 18962100
       rsprague@gendrysprague.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system, if enrolled, or otherwise by e-mail to:

Joseph A. Ziemianski
Attorney in Charge
Texas State Bar No. 00797732
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
*E-mail: jziemianski@cozen.com*

OF COUNSEL

COZEN O'CONNOR

Bryan P. Vezey
Texas Bar No. 00788583
S.D. Texas I.D. No. 19217
(Firm address and phone as above)
*E-mail: bvezey@cozen.com*

ATTORNEYS FOR DEFENDANT ALLIED WORLD SURPLUS LINES INSURANCE COMPANY

By:    /s/ *RON A. SPRAGUE*
       RON A. SPRAGUE